ion by the Humboldt Exploration Company against Frank Fritsch. No opinion. Motion denied, with $10 costs. Order filed. See, also, 134 N. Y. Supp. 747.

HYDE, Respondent, v. BALDWIN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Josephine Hyde, as administratrix, etc., of George Hyde, deceased, against Richard Baldwin, Jr., impleaded with others. No opinion. Judgment and order unanimously affirmed, with costs.

IDE, Appellant, v. SEIBERT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Action by Frank S. Ide against Simon Seibert and another.
PER CURIAM. Judgment affirmed, with costs.
McLENNAN, P. J., dissents.

ILLINOIS SURETY CO. v. SANTOMASSIMO et al. (Supreme Court, Appellate Division, Second Department. April 26, 1912.) Action by the Illinois Surety Company against Francesco Santomassimo and others. No opinion. Interlocutory judgment affirmed, with costs.

IMKE, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by Peter Imke, as administrator, etc., against the City of New York and another. No opinion. Judgment and order unanimously affirmed, with costs.

IRVING, Respondent, v. JOHN A. ROBERTS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Action by Charles E. Irving against the John A. Roberts Company. No opinion. Judgment and order affirmed, with costs.

JACKSON, Respondent, v. JACKSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Action by Amelia C. Jackson against Robert W. Jackson and another. No opinion. Motion to dismiss appeal granted.

JACOBSON, Appellant, v. BROWN BROS. MOULDING CO. et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Benjamin N. Jacobson, suing in behalf of himself and other stockholders of defendant corporation, against the Brown Bros. Moulding Company and others.
PER CURIAM. Judgment and order affirmed, with costs.
SMITH, P. J., not sitting.

JACOBSON, Respondent, v. SEMEL, Appellant. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Jazar Jacobson against Samuel Semel. J. Gans, for appellant. L. A. Jaffer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JACQUES, Appellant, v. DIMON, Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by John T. Jacques against Anton Dimon.
PER CURIAM. Order modified, by providing that plaintiff's default be opened, on condition that plaintiff within 10 days pay to the defendant the sum of $100, and restore the cause to the next Trial Term calendar, and, as so modified, the order is affirmed, without costs. If, however, this condition be not complied with, then the order is affirmed, with $10 costs and disbursements.

JAKUBOWSKI, Respondent, v. KROLL, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Action by Stanley F. Jakubowski, as executor, etc., against Joanna Kroll, impleaded with others.
PER CURIAM. Judgment affirmed, with costs.
KRUSE, J., dissents, upon the ground that the evidence conditionally received was competent, and should have been considered, upon the question as to whether the bond and mortgage had been paid and discharged.

JAMAICA WATER SUPPLY CO., Respondent, v. DRUMMOND et al., Appellants. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Jamaica Water Supply Company against Michael J. Drummond and another. E. J. McGuire, for appellants. G. H. Francoeur, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

J. D. WILLIAMS, Inc., Respondent, v. KAMHOLZ, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by J. D. Williams, Incorporated, against Frederick P. Kamholz.
PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, for error in the rulings at folios 177, 179, 181, and 182.
HIRSCHBERG and RICH, JJ., dissent.

JENSEN, Appellant, v. MADIGAN, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Augusta Jensen, as administratrix, etc., of Severn Jensen, deceased, against Eugene Madigan. No opinion. Judgment and order unanimously affirmed, with costs.

In re JOCHIM. (Supreme Court, Appellate Division, First Department. June 22, 1912.)